UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 21-12478
Marilyn T Else )
) Chapter: 13
) Honorable David D. Cleary
)
Debtor(s) )

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtor's current Chapter 13 Plan is modified post-confirmation by increasing the plan payment to $3,231 a month beginning July 2023 until the end of the plan and to defer the current trustee default to the end of the Plan;

2. The Plan base shall remain the same; and

3. The Trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed Plan.

Enter: /s/ David D. Cleary

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: July 10, 2023

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor:
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600